IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:21−mc−00169
Assigned To : Friedrich, Dabney L.
Assign. Date : 12/28/2021
Description: Misc.

In re Motion for Writ of Habeas Corpus Ad Testificandum

Case No. _____

## JOINT MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Latham & Watkins LLP ("Latham") and George A. Nader, by and through undersigned counsel, hereby move this Court to issue a Writ of Habeas Corpus Ad Testificandum for the transfer of the person of Mr. George A. Nader for oral deposition, and in support thereof states as follows:

1.  Latham and Mr. Nader are currently parties to an arbitration proceeding in the District of Columbia relating to a dispute arising out Latham's prior representation of Mr. Nader ("Arbitration Proceeding").

2.  In connection with the Arbitration Proceeding, Latham issued a notice of deposition to Mr. Nader on April 19, 2021.

3.  Mr. Nader is currently a federal prisoner (Bureau of Prisons Register # 17310-083) in the custody of the United States Marshals Service and is currently being housed in the Alexandria Detention Center, 2001 Mill Rd, Alexandria, Virginia 22314 as a result of criminal matters in the U.S. District Court for the Eastern District of Virginia and the U.S. District Court for the District of Columbia.  On June 26, 2021, Mr. Nader was sentenced to 10 years in prison in the Eastern District of Virginia matter.  Judgment in a Criminal Case, *United States v. Nader*, No. 19-CR-201 (E.D. Va. June 26, 2020), ECF No. 197.  On December 3, 2019, a federal grand jury indictment from the U.S. District Court for the District of Columbia was unsealed, charging Mr. Nader and seven co-defendants with various campaign finance violations primarily related to

conduit contributions. *See* Indictment, *United States v. Khawaja*, No. 19-CR-374 (D.D.C. Nov. 7, 2019), ECF No. 1.  That matter remains pending.

4. Personnel at the Alexandria Detention Center have informed counsel for Latham and Mr. Nader that the Alexandria Detention Center cannot facilitate an in-person or recorded video deposition of Mr. Nader at its facility, nor can Latham conduct a video deposition of Mr. Nader for the entire six hours allotted under the case management order in the Arbitration Proceeding. *See* Exhibit A, Decl. of Natalie H. Rao ("Rao Decl.")

5. On October 4, 2021 the Panel overseeing the Arbitration Proceeding issued an order finding there was good cause to depose Mr. Nader and directing the parties "to seek from the federal district court with relevant jurisdiction the appropriate relief to effectuate the deposition of Mr. Nader."  *See* Exhibit B ("Arbitration Order").

6. In accordance with the Arbitration Order, both counsel for Latham and Mr. Nader have had discussions with the U.S. Marshals Service regarding facilitating the deposition of Mr. Nader.  Based on those discussions, we understand that the U.S. Marshals Service can move Mr. Nader to another location to facilitate the deposition upon receipt of a court order.  Further, we understand based on our discussions with personnel at the Alexandria Detention Center and the U.S. Marshals Service that Mr. Nader is in the custody of the United States Marshals Service for the District of Columbia, as his case before this Court remains pending.  Counsel for Latham and Mr. Nader have attempted to discuss the logistics for the deposition of Mr. Nader with the U.S. Marshals Service for the District of Columbia and have been unable to do so.  *See* Exhibit A, Rao Decl.

7. Section 28 U.S.C. § 2241 empowers a district court to specifically grant writs of habeas corpus, including the writ of habeas corpus ad testificandum.  Moreover, "[t]he issuance of

a writ of habeas corpus ad testificandum for the purposes of taking *an oral deposition* is a matter within the Court's discretion." *Hasso v. Retail Credit Co.*, 326 F. Supp. 1179, 1181 (D. Del. 1971) (emphasis added). *See also Waste Mgmt. of La. v. River Birch*, No. CV 11-2405, 2017 WL 1383710, at *1 (E.D. La. Apr. 18, 2017) (granting motion for writ of habeas corpus ad testificandum for purposes of deposing prisoner).

8. As a party to the Arbitration Proceeding, Mr. Nader has information that is relevant and material to the parties' claims and defenses, thus making his deposition testimony necessary to litigate those claims and defenses.

9. Latham seeks to depose Mr. Nader prior to March 18, 2022, the date upon which fact discovery ends in the Arbitration Proceeding. By agreement of the parties to the Arbitration Proceeding, the deposition shall be no longer than six hours and will be recorded stenographically and videotaped. Counsel for both Latham and Mr. Nader would be present. Latham and Mr. Nader's counsel are amenable to making themselves available at a time and place that is convenient for the U.S. Marshals Service to facilitate the deposition.

WHEREFORE, Latham and Mr. Nader hereby request that this Court issue a Writ of Habeas Corpus Ad Testificandum to the Honorable Ronald L. Davis, Director, United States Marshals Service, Director's Office, Washington D.C., 20530-1000 and Derek Haywood, Supervisory Deputy Marshal, D.C. District Court, 3rd & Constitution Ave NW, Room 1103, Washington, D.C. 20001, ordering the production of the person George A. Nader to the United States District Court for the District of Columbia or another mutually agreed upon location that is convenient to the U.S. Marshals Service and can accommodate the deposition, at a mutually convenient date and time, in accordance herewith, to be deposed by Latham; and at the conclusion of the deposition, to return Mr. Nader to the institution from which he was brought.

Respectfully submitted this 20th day of December, 2021.

        */s/ Natalie Hardwick Rao*
        Natalie Hardwick Rao
        D.C. Bar No. 1009542
        LATHAM & WATKINS LLP
        555 Eleventh Street NW, Suite 1000
        Washington, D.C.  20004
        Telephone: (202) 637-2200
        Facsimile: (202) 637-2201
        Email: natalie.rao@lw.com

        Richard D. Owens
        (*Pro Hac Vice* forthcoming)
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864
        Email: richard.owens@lw.com

        *Counsel for Latham & Watkins LLP*


        */s/ Barry Coburn*
        Barry Coburn
        DC Bar No. 358020
        Coburn & Greenbaum PLLC
        1710 Rhode Island Avenue, NW
        Second Floor
        Washington, DC  20036
        202-643-9472
        barry@coburngreenbaum.com

        *Counsel to Mr. Nader*