# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Motion for Writ of Habeas Corpus Ad Testificandum** | Case No. _____ |

**DECLARATION OF NATALIE HARDWICK RAO**

I, Natalie Hardwick Rao, declare as follows in support of Latham & Watkins' ("Latham") and George A. Nader's Joint Motion in the above-captioned action:

1. I am an associate with Latham & Watkins LLP and an attorney of record for Latham in the above-captioned matter. I have personal knowledge of the matters set forth herein. If called and sworn as a witness, I could and would competently testify thereto.

2. On October 21, 2021, Latham sent a letter via email to Chief Deputy Shelbert Williams at the Alexandria Detention Center ("ADC") summarizing communications with ADC personnel regarding the ability to depose George A. Nader at the facility. Attached hereto as Exhibit 1 is a true and correct copy of the letter.

3. Specifically, the letter explained that based on Latham's conversations with ADC personnel as of that date, Latham understood that it could not conduct an in-person deposition of Mr. Nader at the facility for any period of time. Additionally, Latham understood that Mr. Nader could be deposed only via the videoconferencing system used for attorney-client visits, but the deposition would be limited to two-hour increments and could not be recorded. The letter stated that given this information, Latham intended to seek relief from a federal district court in order to obtain Mr. Nader's deposition. *See* Exhibit 1.

4. On that same day, another Latham associate and I spoke with Chief Deputy Williams by phone. During the call, Chief Deputy Williams confirmed that our understanding of

the inability to depose Mr. Nader at the Alexandria Detention Center as summarized in the letter was correct.

5. Chief Deputy Williams also stated that he had reached out to certain members of the U.S. Marshals Service for both the Eastern District of Virginia and the District of Columbia regarding our request to depose Mr. Nader. He informed us that the U.S. Marshals for the Eastern District of Virginia advised that Mr. Nader was in the custody of the U.S. Marshals Service for the District of Columbia. Chief Deputy Williams advised us that Latham should coordinate with the U.S. Marshals Service regarding obtaining a court order to facilitate Mr. Nader's deposition.

6. On November 9, 2021 and November 15, 2021, I attempted to contact Derek Haywood, Supervisory Deputy, U.S. Marshals Service for the District of Columbia, by phone and email to discuss the logistics for Mr. Nader's deposition, including coordinating the date for the deposition and most convenient location, but have not yet received a response.

7. Mr. Nader's counsel, Barry Coburn, subsequently informed me that he had also attempted to contact Mr. Haywood regarding the logistics for Mr. Nader's deposition, but also had not yet received a response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2021.

Washington, DC

*/s/ Natalie Hardwick Rao*
Natalie Hardwick Rao (DC Bar No. 1009542)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
1.202.637.2164
natalie.rao@lw.com

# Exhibit 1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 21, 2021

**VIA EMAIL**

Chief Deputy Shelbert Williams
Alexandria Detention Center
2001 Mill Road
Alexandria, Virginia 22314
shelbert.williams@alexandriava.gov

Re:     Deposition of George A. Nader

Dear Chief Deputy Williams,

I am writing regarding Mr. George A. Nader, a federal inmate who is currently incarcerated at the Alexandria Detention Center ("ADC").  Latham & Watkins ("Latham") seeks to take Mr. Nader's deposition in connection with an arbitration proceeding to which Mr. Nader is a party.  To date, we have been unable to do so.

Both Latham and counsel for Mr. Nader have had several conversations with ADC personnel over the past few months about deposing Mr. Nader at ADC.  During our most recent conversation with Captain Quentin Wade on October 1, 2021, Latham was informed that we cannot depose Mr. Nader in-person at the facility for any period of time, much less the full six hours Latham seeks.  Rather, we were informed that Mr. Nader could be deposed only via the videoconferencing system used for attorney-client visits, the deposition would be limited to two-hour increments, and it could not be recorded.  Similarly, Mr. Nader's counsel was informed that the deposition could not be conducted in-person at ADC, and that if the parties preferred an in-person deposition or a deposition for the requested six hours, they should seek to coordinate with the U.S. Marshals Service who may be able to assist given Mr. Nader's status as a federal inmate.

Following those conversations, Latham and Mr. Nader's counsel have coordinated with the U.S. Marshals Service, who agreed to facilitate Mr. Nader's deposition upon receiving a court order.  Thus, we plan to seek an order from the U.S. District Court for the Eastern District of Virginia ordering the U.S. Marshals Service to take Mr. Nader into custody so that Latham can depose him for six hours in-person as requested.

Please let me know within three business days if our understanding above is incorrect and ADC can make Mr. Nader available at ADC for this deposition, and thus involvement by the Court

LATHAM&WATKINS LLP

and the U.S. Marshals is not necessary. Should you have any questions about this request, please do not hesitate to contact me at 202-637-1064.

Sincerely,

*/s Brian E. Kowalski*

Brian E. Kowalski
of LATHAM & WATKINS LLP

cc: Captain Quentin Wade
Sergeant Andrea Diaz
Barry Coburn (Counsel for Mr. Nader)
Marc Eisenstein (Counsel for Mr. Nader)
Katherine Zimmerl (Counsel for Mr. Nader)