# EXHIBIT B

ARBITRATION

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>    Claimant,<br><br>v.<br><br>GEORGE A. NADER,<br><br>    Respondent. | JAMS Reference No. 1410008637 |

### **ORDER No. 15**

Upon consideration of the Parties' Joint Motion Requesting an Order to Depose Respondent George A. Nader, the Panel hereby finds:

1. There is good cause to order Mr. Nader's deposition, given that Mr. Nader is the Respondent in this arbitration and has information that is material and relevant to the Parties' claims and defenses, thus making his deposition testimony necessary to litigate those claims and defenses and resolve this matter;

2. Alexandria Detention Center personnel have informed the Parties that Latham cannot conduct an in-person or recorded video deposition of Mr. Nader at its facility, nor can Latham conduct a video deposition of Mr. Nader for the entire six- hour duration of the deposition.

3. The U.S. Marshals Service has informed the Parties that it can facilitate Mr. Nader's deposition at another location if the Parties obtain a court order;

IT IS HEREBY ORDERED, this __4th__ day of _October_, 2021 that:

1. The Parties' Joint Motion is **GRANTED**.

2. Pursuant to Rule 11 of the CPR Rules and Section 7 of the Federal Arbitration Act, Mr. Nader shall appear for a deposition in this matter, which shall be conducted in accordance with Section 7 of the Case Management Order and shall not exceed six (6) hours of record time. The deposition shall be conducted in a location convenient for the Bureau of Prisons and U.S. Marshals Service, and at a mutually convenient date and time.

3. The Parties are directed to seek from the federal district court with relevant jurisdiction the appropriate relief to effectuate the deposition of Mr. Nader as described above, including but not limited to an order or writ requiring the U.S. Marshals Service to take Mr. Nader into custody and make him available for the deposition.

*William Connelly*
Hon. William Connelly (Ret.), Arbitrator Chair
For the Panel

## PROOF OF SERVICE BY E-Mail

Re: Latham & Watkins LLP / Nader, George A.
Reference No. 1410008637

I, Teresa Menendez, not a party to the within action, hereby declare that on October 4, 2021, I served the attached Order No. 15 on the parties in the within action by electronic mail at Washington, DISTRICT OF COLUMBIA, addressed as follows:

Richard D. Owens Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY   10022-4068
Phone: 212-906-1200
richard.owens@lw.com
   Parties Represented:
   Latham & Watkins LLP

Brian E. Kowalski Esq.
Natalie Hardwick Rao Esq.
Latham & Watkins LLP
555  Eleventh St. NW
Suite 1000
Washington, DC   20004
Phone: 202-637-2200
brian.kowalski@lw.com
natalie.rao@lw.com
   Parties Represented:
   Latham & Watkins LLP

Barry Coburn Esq.
Marc J. Eisenstein Esq.
Coburn & Greenbaum, PLLC
1710 Rhode Island Ave NW
Second Floor
Washington, DC   20036
Phone: 202-657-4490
barry@coburngreenbaum.com
marc@coburngreenbaum.com
   Parties Represented:
   George A. Nader

I declare under penalty of perjury the foregoing to be true and correct. Executed at Washington, DISTRICT OF COLUMBIA on October 4, 2021.

*Teresa Menendez*
Teresa Menendez
JAMS
tmenendez@jamsadr.com