# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Motion for Writ of Habeas Corpus Ad Testificandum** | Case No. _____ |

## CERTIFICATE UNDER RULE LCvR 26.1

I, the undersigned, counsel of record for Latham & Watkins LLP, certify that to the best of my knowledge and belief, Latham & Watkins LLP is a limited liability partnership and has no parent, subsidiary, affiliate, or companies which own at least 10% of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted this 20th day of December, 2021.

> */s/ Natalie Hardwick Rao*
> Natalie Hardwick Rao
> D.C. Bar No. 1009542
> LATHAM & WATKINS LLP
> 555 Eleventh Street NW, Suite 1000
> Washington, D.C. 20004
> Telephone: (202) 637-2200
> Facsimile: (202) 637-2201
> Email: natalie.rao@lw.com
>
> *Counsel for Latham & Watkins LLP*