IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Motion for Writ of Habeas Corpus Ad Testificandum** | Case No. 1:21-mc-169-DLF |

### [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Ronald L. Davis                        Derek Haywood
          Director                               Supervisory Deputy Marshal
          United States Marshals Service     District of Columbia District Court
          Director's Office                       3rd & Constitution Ave NW, Room 1103
          Washington DC, 20530-1000        Washington, DC 20001

       George A. Nader is a party and his attendance and testimony are necessary to the confidential arbitration hearing in the matter of *Latham & Watkins LLP v. George A. Nader*, JAMS Reference No. 1410008637.

       This Court has been advised that Mr. Nader is confined under your custody.  Further, this Court has been advised that the location where Mr. Nader is currently detained, the Alexandria Detention Center, is unable to accommodate the hearing and Mr. Nader must therefore be transported to a separate location to attend the hearing.

       You are ordered to bring or cause to be brought the person of George A. Nader to the United States District Court for the District of Columbia, or such other location as may be agreed upon by you and Mr. Nader's counsel, every business day beginning at 8:30 AM until 6:00 PM, from June 16, 2022 until June 28, 2022, so that George A. Nader may attend the arbitration hearing by videoconference; and then, upon completion of said hearing, Mr. Nader is to be returned to your custody for safe and secure passage back to the place of confinement from which he was brought.  It is further ordered that the hearing may be recorded stenographically and/or videotaped via Zoom, and that the location to which Mr. Nader is transported be deemed adequate by his counsel in accordance with this Order.

       You are also ordered to notify the court of any change in custody of this inmate, and are ordered to provide the new custodian with a copy of this writ.

       Writ shall be issued to the United States Marshal to execute.

Dated: _____                    _____
                                                                                   United States District Judge